UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELGARDE,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL YOUNG,<br><br>           Defendant. | Case No. 25-cv-10863-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to the matter of *CFO Rick Inc v. Young*, Case No. 3:25-cv-09896-EMC.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**